(No. 1508—

CLARA HART KENNEDY, EXECUTRIX OF THE LAST WILL AND TESTAMENT OF THOMAS KENNEDY, Deceased, CLARA HART KENNEDY, KAYWIN KENNEDY, AND THOMAS HART KENNEDY, Claimants, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 14, 1931.*

KENNEDY & KENNEDY, for claimant.

OSCAR E. CARLSTROM, Attorney General; CARL I. DIETZ, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

It appears claimant suffered damages by reason of hard road construction on S. B. I. Route No. 8. The Attorney General comes and stipulates and agrees that claimant suffered damages in the sum of $2,500.00.

The court, therefore, recommends that claimant be allowed $2,500.00.